RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Patrick John Dailey

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK JOHN DAILEY,<br><br>Defendant. | 2:12-mj-717-GWF<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** |

COMES NOW the defendant, PATRICK JOHN DAILEY, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, and files this Unopposed Motion to Continue Sentencing Date. This pleading is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 15th day of October, 2013.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Heidi A. Ojeda*
_____
HEIDI A. OJEDA
Assistant Federal Public Defender

## POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

Since the last court appearance, undersigned counsel spoke with Mr. Dailey, who indicated that he was in the hospital and battling severe medical issues. Mr. Dailey has a history of cancer and other serious medical conditions as noted in the Pre-Sentence Report completed by the Probation office. Counsel has been unable to confirm that Mr. Dailey will be available for his scheduled sentencing date tomorrow at 9:00 a.m.

Undersigned counsel has spoken with AUSA Nadia Janjua Ahmed and she does not oppose this motion.[1]

### CONCLUSION

Wherefore, Mr. Dailey respectfully requests that this Honorable Court enter an Order continuing his sentencing date for thirty (30) days to determine the defendant's current medical situation.

DATED this 15th day of October, 2013.

    Respectfully submitted,

    RENE L. VALLADARES
    Federal Public Defender

    */s/ Heidi A. Ojeda*
    _____
    HEIDI A. OJEDA
    Assistant Federal Public Defender
    Counsel for Jason Alan Steele

---

[1] AUSA Nadia Ahmed is out of the office today and is unable to give consent for her signature on a stipulation.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:12-mj-717-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| PATRICK JOHN DAILEY, | |
| Defendant. | |

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the sentencing date be continued to Wednesday, November 20, 2013, at the hour of 9:00 a.m.

DATED this 15th of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 15, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
NADIA JANJUA AHMED
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

*/s/ Karen Meyer*
_____
Employee of the Federal Public Defender